Cecil B. REYNOLDS, Appellant,

v.

John W. GARDNER, Secretary of Health, Education and Welfare, Appellee.

No. 11261.

United States Court of Appeals Fourth Circuit.

Argued June 23, 1967.

Decided July 26, 1967.

E. Griffith Dodson, Jr., Roanoke, Va. (Dodson, Pence, Coulter, Viar & Young, Roanoke, Va., on brief), for appellant.

William C. Breckinridge, Asst. U. S. Atty., for appellee.

Before HAYNSWORTH, Chief Judge, WINTER, Circuit Judge, and HUTCHESON, District Judge.

PER CURIAM:

For the reasons appearing in the opinion of the District Judge filed November 23, 1966, 271 F.Supp. 676, the judgment is affirmed.

Affirmed.

James Lee FARROW, Appellant,

v.

GRACE LINES, INC., Appellee.

No. 11265.

United States Court of Appeals Fourth Circuit.

Argued June 22, 1967.

Decided July 18, 1967.

Calvin W. Breit, Norfolk, Va. (Amato, Babalas, Breit, Cohen, Rutter & Friedman, Norfolk, Va., on brief), for appellant.

R. M. Hughes, III, Norfolk, Va. (Seawell, McCoy, Winston & Dalton, Norfolk, Va., on brief), for appellee.

Before HAYNSWORTH, Chief Judge, and BRYAN and CRAVEN, Circuit Judges.

PER CURIAM.

We think the District Court was well within its discretionary authority in refusing to set aside the verdict of the jury on the ground of inadequacy. The amount of the verdict was small, but within the range permitted by the testimony.

Affirmed.